# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

134321

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

J. EDWARD KLOIAN,
          Plaintiff,
          Counter-Defendant-Appellant,

v

THOMAS VAN FOSSEN, Personal Representative
of the Estate of William Van Fossen,
          Defendant, Counter-Plaintiff,
          Third-Party Plaintiff-Appellee,
and

VICTOR T. WEBER,
          Third-Party Defendant.

SC: 134321
COA: 262953
Washtenaw CC: 84-028688-CK

_____/

      On order of the Court, the application for leave to appeal the March 29, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

Clerk

t1217